# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY COELHO, | Case No. 1:24-cv-00939-BAM |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| MARIE ALVARADO-GIL, et al., | |
| Defendants. | |

On August 14, 2024, Plaintiff Kelley Coehlo filed this civil rights action against Defendants Marie Alvarado-Gil and Vanessa Bravo. (Doc. 1.) Plaintiff proceeds *pro se* and paid the civil filing fee.

Plaintiff's complaint alleges constitutional violations arising out of her removal from Turlock Police Headquarters at the direction of Defendants Alvarado-Gil and Bravo. (Doc. 1 at 5.) The events in the complaint are alleged to have occurred at the Turlock Police Department Headquarters, in Stanislaus County, which is a part of the Sacramento Division of the United States District Court for the Eastern District of California. (Doc. 1 at 5.) All civil actions and proceedings of every nature and kind arising in Stanislaus County must be commenced in the United States District Court sitting in Sacramento, California. *See* L.R. 120(d). Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

1

court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. Plaintiff's motion requesting that the case remain in the Fresno Division also will be transferred to the Sacramento Division. (Doc. 3.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and
2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **August 14, 2024**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE